IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM FRISBY | : | NO. 11-564-5 |

ORDER

AND NOW, this 13th day of October, 2011, for the reasons set
forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the Order of Magistrate Judge David R. Strawbridge
dated September 29, 2011 granting the motion of the United States
for pretrial detention of defendant William Frisby is AFFIRMED;
and

(2)  the motion of defendant William Frisby for pretrial
release (Doc. #107) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.