IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| PHILIS MCALLISTER | : | NO. 11-564-7 |

ORDER

AND NOW, this 10th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Philis McAllister for pretrial release is GRANTED;

(2) defendant Philis McAllister is released on bail in the amount of $50,000 O/R, cosigned by a family member;

(3) defendant Philis McAllister shall report to Pretrial Services as directed by Pretrial Services;

(4) defendant Philis McAllister maintain residence as approved by Pretrial Services and report all address changes immediately;

(5) defendant Philis McAllister shall not travel outside the city and county of Philadelphia, Pennsylvania;

(6) defendant Philis McAllister shall surrender and/or refrain from obtaining a passport;

(7) defendant Philis McAllister shall surrender and/or refrain from obtaining any firearms; and

(8) defendant Philis McAllister shall have no contactwith co-defendants, potential witnesses in this case, or individuals engaged in criminal activity.

BY THE COURT:

/s/ Harvey Bartle III
J.