IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WILLIAM FRISBY | : | NO. 11-564-05 |

ORDER

AND NOW, this 10th day of July, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant William Frisby for a judgment of acquittal, incorrectly denominated a motion for a new trial, pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure (Doc. #375) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.